HERBERT J. JOYCE, Respondent, v. SHELL COMPANY OF YUGOSLAVIA, Defendant, ISRAEL A. NEEDLEMAN, Doing Business as MONOGRAM FACTORS, Defendant-Appellant, and H. WILLIAM KEHL, as Chief Deputy Sheriff, et al., Defendants-Respondents.— Appeal by Israel A. Needleman from an order denying his motion to direct the Sheriff of the City of New York, Kings County Division, to refund the sum of $16,448.94 out of moneys in the Sheriff's possession by reason of a sale made by him to appellant of certain oil and petrolatum. Order affirmed, with ten dollars costs and disbursements to respondent Herbert J. Joyce. No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

SYLVIA LEITMAN, Respondent, v. JULIUS LEITMAN, Appellant.— Defendant appeals from an order denying his motion to vacate an *ex parte* order of arrest made under section 827 of the Civil Practice Act and to discharge the $500 bail deposited on his arrest under the said order. Order affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

HERMAN MEYER, Respondent, v. JOSEPH G. MARON, Defendant, and JACK SIEGEL et al., Doing Business under the Name of BORO WOOD PRODUCTS COMPANY, Defendants-Appellants.— Action to recover damages for personal injuries sustained by plaintiff when he was struck by an automobile driven by defendant Joseph G. Maron. Judgment in favor of plaintiff, insofar as appealed from, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Taylor, JJ. [See *post*, p. 821.]

SYLVIA OLIAN, Respondent, v. ABRAHAM OLIAN, Appellant.— Defendant appeals from an order granting plaintiff's motion to increase the amount of alimony payable under a final judgment of divorce. Order modified on the facts by reducing the amount of monthly alimony from $110 to $90. As thus modified, the order, insofar as appealed from, is affirmed, without costs. Under all the circumstances, the extent of the increase in defendant's income did not warrant so large an increase of alimony as was made at Special Term. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.